SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 1 4 2022 SM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Demetris McKinley

_____

Plaintiff(s),

v.

Alexander Guyan
Sarah Nash
University of Illinois
Defendant(s). Medical Center

Case Number: _____

22cv251
Judge Sharon Johnson Coleman
Magistrate Judge Cole
Random

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Demetris McKinley__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __Alexander Guyan, Sarah Nash, University of Illinois__, whose street address is __1801 W Taylor St. and 1740 W Taylor St. Chgo IL 60612__
(city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP) __60612__
(Defendant's telephone number) __(312)__-__413__-__8397__

4. The plaintiff sought employment or was employed by the defendant at (street address) __1801 W Taylor Street Ste 3F__ (city) __Chicago__
(county) __Cook__ (state) __IL__ (ZIP code) __60612__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☒ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __8__, (day) __27__, (year) __2020__.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

      (i) ☒ the United States Equal Employment Opportunity Commission, on or about

        (month) __10__ (day) _____ (year) __2020__.

      (ii) ☒ the Illinois Department of Human Rights, on or about

        (month) __1__ (day) _____ (year) __2021__.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☒ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 11 (day) 12 (year) 2021 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

Case: 1:22-cv-00251 Document #: 1 Filed: 01/14/22 Page 4 of 19 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983). *Race*

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☒ failed to hire the plaintiff. *failure to hire within same job title in a different department;*

(b) ☐ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): *failed to reasonably accommodate plaintiff's ~~relief~~ relief from harassment and hostile environment*

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

failed to protect plaintiff, failed to enforce harassment, workplace violence, nondiscrimination, hostile environment, equal opportunity and other related policies.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was and continues to be verbally assaulted, belittled and harassed by defendant Alexander Guyan. Sarah Nash conspired against me with Alex to harass and bully me. The University of Illinois did not separate me and Alexander Guyan, they did not hold him accountable, OAE did not investigate, Alexander has a history of being aggressive and verbally abusive to only black employees. UIC will not hire me despite the number of times I've applied even though I qualify. (See back page →)

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ Direct the defendant to (specify): _____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

Black
A director working at UIC within the same title as Alex was held Accountable for an incident with one of her non-Black employees. The black Director was immediately removed from her position+location after a non-black employee complained against her.

Alex belittles black employees and patients within the department.

Alex responds to Non-black employees + patients with respect.

Black employees are punished or ridiculed harsher & faster than any other employee that are nonblack.

On 8/27/20 — I was kicked out of my office

On 9/25/20 — Alex became aggressive and verbally attacked me. He became aggressive in tone, and body language.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_Demetris McKinley_
(Plaintiff's signature)

_Demetris McKinley_
(Plaintiff's name)

_4302 W Jackson Blvd. Chgo IL 60624_
(Plaintiff's street address)

(City) _Chicago_ (State) _IL_ (ZIP) _60624_

(Plaintiff's telephone number) (773) - 885 - 8971

Date: _1/14/22_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 12, 2021

Mrs. Demetris McKinley
4302 W. Jackson Blvd.
Chicago, IL  60624

Re:  EEOC Charge Against University of Illinois Medical Center
       No. 440202100323

Dear Mrs. McKinley:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

   The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                          Sincerely,

                                                    Kristen Clarke
                                              Assistant Attorney General
                                                 Civil Rights Division

                                         by       /s/ Karen L. Ferguson
                                                  Karen L. Ferguson
                                           Supervisory Civil Rights Analyst
                                           Employment Litigation Section

cc: Chicago District Office, EEOC
    University of Illinois Medical Center

October 21, 2020


RE: UI Health Surgery Clinic Management


To Whom It May Concern:

I, Tara Gordon, worked briefly under the leadership of Alex Guyon. During my tenure at UI Health Surgery clinic, my interaction with Mr. Guyon was limited. I would only discuss clinic needs with him only when absolutely necessary. My behavior and attitude to this type of exchange was due to how I perceived his treatment towards me as compared to other staff members. I worked in the clinic as a Registered Nurse and I am African American. The clinic staff was a mixture of Latina and African American. During staff meetings, Mr. Guyon would welcome questions or comments from my Latina coworkers. There was an opposite reaction when an African American staff would ask a questions or make a comment. African American staff would often have to state that they had a question or comment to make before being acknowledged. During conversations, I often felt degraded as he did not talk directly to me, especially if others are present. Our interactions made me feel excluded from conversations, even if I was the person to initiate the topic of discussion. He would not direct his comments towards me, it always to others.

For someone in a leadership role, it imperative to make all staff for as if they have something to contribute to an organization and that their voices are as important as anyone else. During my employment in the clinic, I did not feel that was true for me or anyone who looked like me.


Respectfully,


Tara Gordon, RN


## McKinley, Demetris

| | |
|---|---|
| **From:** | Demetris Walker <DemiWalk@outlook.com> |
| **Sent:** | Thursday, October 22, 2020 9:11 AM |
| **To:** | McKinley, Demetris |
| **Subject:** | Fwd: statement |
| **Attachments:** | surgery center.rtf |

\*\*WARNING\*\* This email originated from outside of the University of Illinois. \*\*DO NOT CLICK\*\* links or attachments unless you recognize the sender and know the content is safe.

Support Letter

Sent from Outlook Mobile

---

**From:** Shonta Gathings <shontagathings@yahoo.com>
**Sent:** Thursday, October 22, 2020, 8:58 AM
**To:** demiwalk@outlook.com
**Subject:** statement

1

I was sitting in the vital station once I was done putting my patient in the room for the doctor. Me and another coworker was alone and I was charting on the computer. Alex had walked up and I received a text message from my son, so I looked at my phone and he screamed very loudly like put that phone up and I explained I was looking at my phone to make sure my son was ok. He stated I don't care. But the thing is I understand we're not supposed to be on our phones but other staff members get different privileges . So, (Alex) stated get up get up and help with check out. So, I stated I will once I'm done with charting. Then he stated I need to see you in my office concerning your behavior. So, finally I went to his office he slammed a chair down and stated you need to watch who you're talking to and have respect for your boss. So I stated you need to be respectful as well. He told me don't talk and define supervisor like my education level was not equal to him .He also told me I'm going to check back on you in a week and tried to threating me with a write up. Also he stated I can call my union rep if I like. I was trying so hard to remove myself from the surgery center I was employed with them for 3 yrs and I knew that I didn't have a chance because of his opinion about me.

Question #3

Anonymous employee #1

To whom this may concern,

I'm a witness for Demetris McKinley. As I stated in my last statement, the clinic is understaffed and the clinic setting is bias. Also, I've personally experienced and witness aggressive language and behavior from the director.

*Anonymous employee #2*

To whom this may concern,

I would like to remain anonymous.

I am a witness for Demetris Mckinley,

In the past I have witness on 2 different occasions during lunch time on days of a party or celebration coworkers have been separated by race. Usually on a regular day all employee are mixed together on lunch but on those to particular days of celebration I noticed that the African American employees where schedule to go to lunch last and as well went together. After the second time I blurted what I witnessed out loud around other Race of employees that went to lunch before the African American and they heard me and said they really didn't notice but since I said something they realized it as well. The lunch schedule is usually made by the charge nurse Sarah.

Also I witness a few times during Covid, Demetris desk that is located in the manager's office being occupied by other employees to do work. This was also witnessed after Demetris returned back to work after her leave of absence, she was placed in a separate office due to social distancing but since then there has been other employees sitting at her old desk.

*Continued Question #6*
*Question # 12 - 13*
(1)

10/22/20

Timeline

I. February 24th –February 28th – Week of Training for Alex

Training began at approximately 2:00pm. He attended 4 days of training. On 3 days of training, he left early and on the 4th day he did not report to work at all. He did not take any notes during any of the training.

There was certain information provided to both Alex and I during that time.

I received more training on Accruals along with Alex. However, Maggie (former Director made it clear to Alex that the Accruals are done by Directors) yet he continues to ask me to do accruals. Instead of seeking for more training, he pushes his work off to me and get upset when he doesn't understand something.

II. August 27 – I returned from LOA. Alex was upset that I went on FMLA.
Stated "You left me high and dry. When you went on leave Sarah and I had to figure things out on my own, this isn't fair to us".
Constantly states "he doesn't know what was previously done".
States he did not receive training.
I was placed in another office. No longer sits in the office with Alex and Sarah Nash - stated due to "SOCIAL DISTANCING". (see pictures) Other workers using my workspace.

III. Alex and the Administrative Nurse (Sarah Nash) Creates racial divide and discriminates based on race.
September 21, 2020 African American employees informed me that they were left out on the floor to work while Hispanic/white employees had parties in the break room. This was done on three different occasions. One of the staff members finally brought it to the attention of one of the other Medical Assistants (Hispanic employee). Letisha Norma stated she believe that the employee brought it to Sarah and maybe Alex as well and that is when they were finally included in the office lunchtime parties with everyone else.
Alex, speaks more aggressively towards African Americans than other employees of different race.
Alex belittles African American employees.
Hispanic employees have been seen on their phones by Alex and nothing is said or done.
Alex responds in a friendlier, subtle manner with Hispanics. With African Americans, he is more aggressive and dismissive of our concerns. This is displayed verbally and body language such as tone by talking over the person who is speaking, using offensive language by dismissing the concerns of African American employees.

IV. Uses threatening language and gestures (physical and verbal)
On 9/10/20 I spoke to Alex and requested help for desk duties he refused to provide me the help. Alex and Sarah will not assign Medical Assistants to help the front desk although we are extremely short staffed. During downtime, Medical Assistants can be seen walking/sitting around when they can be helping the rest of the staff. Alex and I disagreed on the matter.



He stated "He thought he was going to have to go off on somebody who was in my office earlier today".

V. Retaliates, Bullies, abuse of power.

Pushes most of his work on me.

Does not allow me to speak. Over talks me

Belittles me in open office spaces in front of employees.

Does not listen to me.

Disrespectful in words and tone in person and in emails.

Put me out of the office that I've occupied for 6 years.

Uses his power to prevent me from doing my job.

Uses his power to deny me different opportunities to help the clinic and perform duties.

Uses his power to take away my authority to make decisions that would benefit the clinic. Uses his power to punish me for taking a leave of absence (FMLA regulations violation). Constantly blames me for not training him because I went on a leave of absence.

VI. September 25, 2020 I was verbally assaulted by Alex. He became irate and belligerent with me because the front office staff did not take the mail to the mailboxes.

Alex yelled and harassed me by following me through the clinic constantly arguing with me about the mail in front of other employees.

I tried removing myself from the hostile environment by going into my office, Alex would not leave my office. He kept trying to provoke me and being aggressive. While I attempted to contact the Patient & Guest Experience Office with my office phone, Alex stood over me yelling, "get off the phone, get off the phone, get off the phone". He slammed his hand down on the base of my phone, coming very close to my face and cut the call off as soon as the Patient Representative (Maurice Henderson) answered. Maurice called back because he didn't know what happed and stated he heard the commotion and then the call suddenly hung up.

30 Minutes later, I was exiting the clinic and Alex overheard me talking with the front desk staff (that I supervises), and approached me again asking me what was I saying to the employees and that I can't speak to them because this is his clinic, he's the Director and that he run the clinic how he wants to run it.

Alex has used intimidation tactics, bullying, harassment and physical aggressive behavior (physical violence) to try to intimidate and provoke a negative response from me. He has made threatening indirect statements saying what he wanted to do or would do to someone such as "going off on somebody" or "shoot somebody". He has used offensive language and makes offensive comments all the time. A police report was filed.

Since the incident, I still feel unsafe and fear for my life.

VII. Request for assistance and solution – I am requesting immediate intervention and to hold Alex Guyan accountable for his discriminatory practices and inappropriate behavior. He has not only violated the policy for workplace violence and the Code of Conduct, he has also violated FMLA regulations by retaliating against me for taking a leave of absence.

I am under medical care for the loss of my husband and Alex has added unnecessary stress on me throughout my workday. Alex has made it known that he is upset that I went on a leave of

absence when he stated "you left me high and dry". He tells everyone in the workplace that he hasn't been trained. He neglects the clinic and his duties as the Director in order to punish me. I have been verbally abused and assaulted yet, I am still being forced to work alongside my abuser. I believe if Alex was black or if I was white something would have been done by now to make my work space safer. I have been working for a month with my attacker with no solution. The University of Illinois is supposed to have a zero tolerance policy but the policy is not being enforced. I feel UIC dropped the ball on this and if there was any opportunity to commit a crime against me, I would have been dead by now.

I have requested to Employee Relations that as a temporary solution, I would like to keep my door shut as part of the safety measures. However, I am also requesting a long term solution so that no one has to endure what I have endured. I am requesting to separate me and Alex because I do not feel his behavior will change he has a pattern of being aggressive, hostile, abusive and discriminatory. I have not received any help from anyone, only statements saying things are being investigated. If after filing the necessary complaints with the appropriate agencies (internal and external) and I have not received the proper intervention, I will consider taking legal action. Because no one should have to work in an unsafe environment where their lives are at risk.

Handwritten annotation: "Question #12 / failed to hire or promote"

| | | |
|---|---|---|
| **Clinic Director - Internal Medicine / Primary Care Plus** | | |
| Academic Professional/Others | 12/22/21 at 12:55 PM | Completed Edit |
| Academic EEO Form | 12/22/21 at 12:56 PM | Completed Edit |
| Recruitment Sources | 12/22/21 at 12:56 PM | Completed |
| **Administrative Aide - Electrical and Computer Engineering** | | |
| Step 1 - Civil Service Employment Application | 11/12/21 at 12:11 PM | Completed Edit |
| Step 2 - Civil Service EEO Form | 11/12/21 at 12:12 PM | Completed Edit |
| **Assistant Director, Patient Access** | | |
| Academic Professional/Others | 09/10/21 at 12:49 PM | Completed Edit |
| Academic EEO Form | 09/10/21 at 12:50 PM | Completed Edit |
| Recruitment Sources | 09/10/21 at 12:51 PM | Completed |
| **Administrative Aide (Emergency Medicine Human Resources)** | | |
| Step 1 - Civil Service Employment Application | 07/12/21 at 2:49 PM | Completed Edit |
| Step 2 - Civil Service EEO Form | 07/12/21 at 2:56 PM | Completed Edit |
| **Administrative Director, General Surgery & Bariatrics** | | |
| Academic Professional/Others | 07/01/21 at 3:28 PM | Completed Edit |
| Academic EEO Form | 07/01/21 at 3:28 PM | Completed Edit |
| Recruitment Sources | 07/01/21 at 3:28 PM | Completed |
| **Health Care Administrator I (Patient Experience Advocate)-Dental Clinics** | | |
| Step 1 - Civil Service Employment Application | 06/02/21 at 10:41 AM | Completed Edit |
| Step 2 - Civil Service EEO Form | 06/02/21 at 10:42 AM | Completed Edit |
| **Administrative Aide - College of Medicine, Department of Medicine, Division of Academic Internal Medicine and Geriatrics** | | |
| Step 1 - Civil Service Employment Application | | Start |
| Step 2 - Civil Service EEO Form | | |
| **Assistant Director of Clinical Support Operations - Center for Women's Health** | | |
| Step 1 - Civil Service Employment Application | 03/02/21 at 4:59 PM | Completed Edit |
| Step 2 - Civil Service EEO Form | 03/02/21 at 5:00 PM | Completed Edit |
| **Administrative Aide - Pediatrics** | | |
| Step 1 - Civil Service Employment Application | 02/25/21 at 9:13 AM | Completed Edit |
| Step 2 - Civil Service EEO Form | 02/25/21 at 9:14 AM | Completed Edit |
| **Human Resources Associate - College of Nursing** | | |
| Step 1 - Civil Service Employment Application | 01/19/21 at 10:35 AM | Completed Edit |
| Step 2 - Civil Service EEO Form | 01/19/21 at 10:36 AM | Completed Edit |
| Final Step - Human Resources Associate | 01/19/21 at 10:36 AM | Completed Edit |



| Human Resource Associate - Director of Talent Management | | |
|---|---|---|
| Step 1 - Civil Service Employment Application | 01/19/21 at 10:38 AM | Completed Edit |
| Step 2 - Civil Service EEO Form | 01/19/21 at 10:16 AM | Completed Edit |
| Final Step - Human Resources Associate | 01/19/21 at 10:17 AM | Completed Edit |

| Administrative Assistant-College of Nursing-BNS | | |
|---|---|---|
| Step 1 - Civil Service Employment Application | 01/13/21 at 3:03 PM | Completed Edit |
| Step 2 - Civil Service EEO Form | 01/13/21 at 3:04 PM | Completed Edit |

| Administrative Aide - Office for Access and Equity | | |
|---|---|---|
| Step 1 - Civil Service Employment Application | 12/17/20 at 4:55 PM | Completed Edit |
| Step 2 - Civil Service EEO Form | 12/17/20 at 4:56 PM | Completed Edit |

| Administrative Aide - Family Medicine | | |
|---|---|---|
| Step 1 - Civil Service Employment Application | 10/13/20 at 9:19 PM | Completed Edit |
| Step 2 - Civil Service EEO Form | 10/13/20 at 9:21 PM | Completed Edit |

*Handwritten annotation: "Question #1 & 2 / failed to hire or promote"*



*(circled "2")*

## Incident Report

# University of Illinois at Chicago Police Department

### 943 W Maxwell St   Chicago, IL 60608   (312) 996-2830

Incident #: 20-01281

| STATION COMPLAINT UCR/Offense Code | | | | INCIDENT # |
|---|---|---|---|---|
| INFORT (Information Report) | | | | 20-01281 |
| REPORT TYPE | RELATED CAD # | | DESCRIPTION | |
| Information | C2020-054192 | | Information Report | |
| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
| | 1801 W Taylor St   Chicago, IL 60612 | | | |
| Primary Officer | (0,0) | | | |
| Willis, Jasmine | | | | |
| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
| Telephone | 09/25/2020 19:54 | 09/25/2020 15:45 - 09/18/2020 16:15 | (11) Non-Criminal | 09/28/2020 |

**NARRATIVES**
**PRIMARY NARRATIVE**

In summary, R/O was dispatched to a phone report regarding a workplace dispute at the above listed location. R/O contacted the listed complainant, an administrative aide in Room 3F of the 948 Building, via telephone, regarding this incident. The complainant related to R/O that on today's date and above listed time and location in Room 3F, the listed subject, a clinical director of the UIH Surgery Center, began a verbal dispute with her. The complainant stated that the subject did not make any verbal threats or actions towards her, but was speaking to her in a loud tone, stating, non-verbatim, that she should have done what he told her to do. The complainant stated that the subject followed her from her office in Room 3F toward the front of the room and continued to speak to her in a loud, but non-threatening, manner.

The complainant related that due to his behavior, she wanted to file a workplace complaint against the subject, so she walked back to her office to try to get in contact, via telephone, with the building's complaint department. The complainant stated that while she was walking back to her office, the subject continued to follow her. The complainant related that when she attempted to make a phone call with the telephone in her office, the subject pressed the button on the phone in an aggressive manner and ended the call. The complainant stated that the subject did not make physical contact with her at this time.

The complainant further related that sometime two weeks ago, she was told by her coworker, Brandi Blackman, a customer service assistant, that the subject related to Blackman that he wanted to shoot somebody. The complainant also related that sometime two weeks ago, the listed subject also stated that he wanted to go off on somebody while he was speaking at their workplace huddle, but he did not make any direct threats towards anyone at the time.

The complainant stated that she just wants this information documented because she is concerned about the subject's behavior in the workplace. R/O advised her to make a phone call to her building's complaint department as well, when the subject is not around, to avoid conflict.

| REPORTING OFFICER | Unit # | SUPERVISOR | Unit # |
|---|---|---|---|
| Willis, Jasmine | 715 | Estrada, Leah | 104 |