**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Demetris McKinley

                          Plaintiff,

v.                                                Case No.: 1:22–cv–00251
                                                  Honorable Sharon Johnson Coleman

Alexander Guyan, et al.

                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 21, 2022:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 11/21/2022. Counsel for plaintiff and plaintiff did not appear nor contact the Court. Counsel for defendants reported that the parties reached an agreement and counsel is waiting for plaintiff to sign off on the agreement. Attorney Kate Sedey's motion to withdraw as counsel for plaintiff [41] is entered and continued. An in–person status hearing is set for 11/30/2022 at 9:15 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.