## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Demetris McKinley

                       Plaintiff,

v.                                          Case No.: 1:22–cv–00251
                                                     Honorable Sharon Johnson Coleman

Alexander Guyan, et al.

                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 9, 2022:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 12/9/2022. Attorney Kathleen Sedey's motion to withdraw as attorney for plaintiff Demetris McKinley [47] is granted due to mutual, irreconcilable differences between attorney and plaintiff. With the consent of all involved, the Court held off the record conversations with each party. As defense counsel argued, dismissal is effective upon entrance of a joint stipulation of dismissal [46] under Federal Rule of Procedure 41(a). See Jenkins v. Vill. of Maywood, 506 F.3d 622, 624 (7th Cir. 2007). The joint stipulation was entered on 11/29/2022, therefore this case is dismissed with prejudice. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.